IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY CARL HINKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, et al.,<br><br>    Defendant. | No. 3:11-CV-0525<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE MANNION) |

### ORDER

**NOW** this 6th day of December, 2011, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 22) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation is **ADOPTED**.

(2) The Plaintiff's Motion for Extraordinary Injunctive Relief from Clear and Present Retaliation (Doc. 9) is **DENIED**.

(3) The case is **RECOMMITTED** to Magistrate Judge Mannion for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge