**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RANDY CARL HINKLEY, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-0525 |
| v. | |
| PENNSYLVANIA BOARD of PROBATION & PAROLE, et al., | (JUDGE CAPUTO) |
| Defendants. | (MAGISTRATE JUDGE MANNION) |

## ORDER

**NOW**, this 26th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 34) is **ADOPTED**.

(2) Plaintiff's Petition for R.O.R. Bail Nature of Writ of Habeas Corpus (Doc. 28) is **DISMISSED**.

(3) Plaintiff's Motion for Leave to Proceed with Petition for Writ of Habeas Corpus *In Forma Pauperis* (Doc. 29) is **DENIED**.

(4) The case is **RECOMMITTED** to Magistrate Judge Mannion for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge