**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RANDY CARL HINKLEY,  Plaintiff,  v.  PENNSYLVANIA BOARD of PROBATION & PAROLE, et al.,  Defendants. | CIVIL ACTION NO. 3:11-0525  (JUDGE CAPUTO)  (MAGISTRATE JUDGE MANNION) |

## ORDER

**NOW**, this 26th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 34) is **ADOPTED**.

(2) Plaintiff's Petition for R.O.R. Bail Nature of Writ of Habeas Corpus (Doc. 28) is **DISMISSED**.

(3) Plaintiff's Motion for Leave to Proceed with Petition for Writ of Habeas Corpus *In Forma Pauperis* (Doc. 29) is **DENIED**.

(4) The case is **RECOMMITTED** to Magistrate Judge Mannion for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge