**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RANDY CARL HINKLEY,

    Plaintiff,

        v.

PENNSYLVANIA BOARD OF

PROBATION & PAROLE, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-11-0525

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

**ORDER**

**NOW**, this 25th day of September, 2012, **IT IS HEREBY ORDERED** that Magistrate Judge Mannion's Report and Recommendation (Doc. 62) is **ADOPTED in its entirety**.

(1) Defendants' Partial Motion to Dismiss the Amended Complaint (Doc. 23) is **GRANTED**.

(2) Plaintiff's claims against the Parole Board, SCI-Coal Township, SCI-Coal Township Sunrise Mountain Therapeutic Community Program, and the individual Defendants in their official capacities are **DISMISSED with prejudice**.

(3) Plaintiff's claim for damages under the Pennsylvania Constitution is **DISMISSED with prejudice**.

(4) Plaintiff's claims against Defendants McVey, Barkley, Daub, and Mull are **DISMISSED with prejudice**.

(5) The matter is **RECOMMITTED** to Magistrate Judge Mannion.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge