# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY CARL HINKLEY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION & PAROLE, *et al.*,<br><br>　　Defendants. | CIVIL ACTION NO. 3:CV-11-0525<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE MANNION) |

## ORDER

**NOW**, this 25th day of September, 2012, **IT IS HEREBY ORDERED** that Magistrate Judge Mannion's Report and Recommendation (Doc. 62) is **ADOPTED in its entirety**.

(1) Defendants' Partial Motion to Dismiss the Amended Complaint (Doc. 23) is **GRANTED**.

(2) Plaintiff's claims against the Parole Board, SCI-Coal Township, SCI-Coal Township Sunrise Mountain Therapeutic Community Program, and the individual Defendants in their official capacities are **DISMISSED with prejudice**.

(3) Plaintiff's claim for damages under the Pennsylvania Constitution is **DISMISSED with prejudice**.

(4) Plaintiff's claims against Defendants McVey, Barkley, Daub, and Mull are **DISMISSED with prejudice**.

(5) The matter is **RECOMMITTED** to Magistrate Judge Mannion.

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge