# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY CARL HINKLEY,

    Plaintiff,

v.

PENNSYLVANIA BOARD OF PROBATION & PAROLE, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-11-0525

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 2nd day of May, 2013, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 81) for clear error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report & Recommendation (Doc. 81) is **ADOPTED**.

(2)     The action is **DISMISSED**.

(3)     The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge